JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA D. THRELKELD,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>BRIAN CATES, Warden,<br><br>　　　　　Respondent. | NO. EDCV 21-01173 JAK (KS)<br><br>JUDGMENT |

Pursuant to the Court's accompanying Order Dismissing Petition with Prejudice as Time-Barred, IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: September 7, 2021

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE